UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

 Gregory J. Miller and Stacy G. Miller

Case No.: _____17-21984_____

Chapter: _____13_____

Judge: _____Poslusny_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: __Jeffrey B Saper_____

This will confirm that on _____08/01/2017_____ the following document(s) was filed by you.

☒     Amendment to Schedule(s) __A/B,E/F,G AND Statement of Financial Affairs_____,

☐     Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☐     Declaration About an Individual Debtor's Schedules (106 Declaration)

☒     An updated Summary of Your Assets and Liabilities and Certain Statistical Information
       (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐     Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐     An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
       [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

  Dated: 8/1/17_____                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-21984-JNP
Gregory J. Miller                                                   Chapter 13
Stacy G. Miller
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin           Page 1 of 1            Date Rcvd: Aug 01, 2017
                             Form ID: pdf903       Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2017.
db/jdb        +Gregory J. Miller,   Stacy G. Miller,   15 Merion Road,   Marlton, NJ 08053-1913
aty           +Jeffrey B Saper,   180 Tuckerton Road,   Suite 2,   Medford, NJ 08055-8802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2017 at the address(es) listed below:
          Brian C. Nicholas   on behalf of Creditor   Toyota Lease Trust bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          R. A. Lebron   on behalf of Creditor   WELLS FARGO BANK, N.A. bankruptcy@feinsuch.com
          Sean M. O'Brien   on behalf of Creditor   BANK OF AMERICA, N.A. sobrien@flwlaw.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 5