**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

            Case No.: 17−21984−JNP
            Chapter: 13
            Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gregory J. Miller<br>dba Global Property Investors, LLC<br>15 Merion Road<br>Marlton, NJ 08053 | Stacy G. Miller<br>aka Stacy G. Nielson, aka Stacy G.<br>Hetherington, dba Global Property<br>Investors, LLC<br>15 Merion Road<br>Marlton, NJ 08053 |

Social Security No.:
   xxx−xx−5534                        xxx−xx−4609

Employer's Tax I.D. No.:
   46−0917346                          46−0917346

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

    Notice is hereby given that a Plan was confirmed in this matter on September 21, 2017.

    On December 7, 2017 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                 January 17, 2018
Time:                10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 7, 2017
JAN: ld

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Gregory J. Miller  
Stacy G. Miller  
    Debtors

Case No. 17-21984-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Dec 07, 2017  
                       Form ID: 185      Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.

```
db/jdb         +Gregory J. Miller,    Stacy G. Miller,    15 Merion Road,    Marlton, NJ 08053-1913
aty            +Jeffrey B Saper,    180 Tuckerton Road,    Suite 2,    Medford, NJ 08055-8802
cr             +BANK OF AMERICA, N.A.,    c/o Frenkel, Lambert, Weiss, Weisman & G,    80 Main Street, Suite 460,
                 West Orange, NJ 07052-5414
517074703      +Apex Asset Management, LLC,    Virtua Health System WJ,    PO Box 5407,
                 Lancaster, PA 17606-5407
516955051       BANK OF AMERICA, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
517079761       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
516877390     ++CREDIT UNION OF NEW JERSEY,    1301 PARKWAY AVE,    EWING NJ 08628-3010
               (address filed with court: CUNJ,    7 Dunmore Ave.,    Ewing, NJ  08618)
517036811       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516953280      +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
516978231      +Jennifer Martz,    119 Cambridge Avenue,    Marlton, NJ 08053-3014
516924701       Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
516877389     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corp.,    4 Gatehall Dr., Ste. 350,
                 Parsippany, NJ  07054)
516902200      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517002321      +Verizon by American InfoSource,    4515 N. Santa Fe Ave,    Oklahoma City, OK 73118-7901
516877392      +Virtua Health System,    303 Lippincott Drive,    4th Floor,    Marlton, NJ 08053-4160
516978278      +Virtua Health System,    c/o Apex Asset Mgmt,    2501 Oregon Pike S. 102,
                 Lancaster, PA 17601-4890
516894436      +WELLS FARGO BANK, N.A.,    Fein Such Kahn & Shepard, PC,    7 Century Drive,
                 Parsippany, NJ 07054-4673
516877388      +Wells Fargo Bank,    c/o Fein Such et al,    7 Century Drive, Ste. 201,
                 Parsippany, NJ 07054-4609
517013548       Wells Fargo Bank,    Default Document Processing,    N9286 01Y,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700
516912177      +Wells Fargo Bank, N.A.,    Attention: Payment Processing,    MAC# X2302-04C,    1 Home Campus,
                 Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2017 22:26:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2017 22:26:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516877394      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 07 2017 22:29:14      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
516877391       E-mail/Text: cio.bncmail@irs.gov Dec 07 2017 22:26:32      IRS Special Procedure Unit,
                 PO Box 7346,    Philadelphia, PA  19101-7346
516877395      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 07 2017 22:26:27      Kohls/Capital One,
                 PO Boc 3115,    Milwaukee, WI 53201-3115
516993824       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2017 22:34:33
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516877396      +E-mail/PDF: pa_dc_claims@navient.com Dec 07 2017 22:29:02      Navient,    PO Box 9500,
                 Wilkes-Barre, PA 18773-9500
516877393      +E-mail/Text: electronicbkydocs@nelnet.net Dec 07 2017 22:26:56      Nelnet,
                 3015 S. Parker Rd., Ste. 400,    Aurora, CO 80014-2904
516895953      +E-mail/Text: Bankruptcy@nslp.org Dec 07 2017 22:26:49      Nelnet on behalf of NSLP,
                 National Student Loan Program,    PO Box 82507,    Lincoln NE 68501,    8 68501-2507
516879718      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2017 22:29:00      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516999171       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 07 2017 22:34:44      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 11
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
516978273*     +IRS-Special Procedures Unit,    PO Box 744,    Springfield, NJ 07081
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Dec 07, 2017
                              Form ID: 185             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor   Toyota Lease Trust bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian E Caine    on behalf of Creditor    BANK OF AMERICA, N.A. bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              R. A. Lebron    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@feinsuch.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```