UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 596-8900
Attorney for Bank of America, N.A., its successors and/or assigns

Order Filed on December 19, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

GREGORY J. MILLER
STACY G. MILLER

Case No. 17-21984-JNP
Chapter 13
Hearing: December 19, 2017

Judge: POSLUSNY

# ORDER VACATING STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY

The relief set forth on the following page, number two (2) is hereby ORDERED.

**DATED: December 19, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

LAW OFFICE
**PARKER McCAY P.A.**

**(Page 2)**
Debtors: Gregory J. Miller and Stacy G. Miller
Case No: 17-21984-JNP
Caption of Order: ORDER VACATING STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY

---

Upon the motion of Bank of America, N.A., its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay and co-debtor stay are vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*711 Willow Drive, Cinnaminson, New Jersey 08077*

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that Movant is exempt from further compliance with Fed. Bankr. Rule P. 3002.1.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.

LAW OFFICE
**PARKER McCAY P.A.**