UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 596-8900
Attorney for Bank of America, N.A., its successors and/or assigns

Order Filed on December 19, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

GREGORY J. MILLER
STACY G. MILLER

Case No. 17-21984-JNP
Chapter 13
Hearing: December 19, 2017

Judge: POSLUSNY

**ORDER VACATING STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY**

The relief set forth on the following page, number two (2) is hereby ORDERED.

**DATED: December 19, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

LAW OFFICE
**PARKER McCAY P.A.**

**(Page 2)**
Debtors: Gregory J. Miller and Stacy G. Miller
Case No: 17-21984-JNP
Caption of Order: ORDER VACATING STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY

---

Upon the motion of Bank of America, N.A., its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay and co-debtor stay are vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*711 Willow Drive, Cinnaminson, New Jersey 08077*

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that Movant is exempt from further compliance with Fed. Bankr. Rule P. 3002.1.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.

LAW OFFICE
**PARKER McCAY P.A.**

United States Bankruptcy Court
District of New Jersey

```
In re:                                                         Case No. 17-21984-JNP
Gregory J. Miller                                              Chapter 13
Stacy G. Miller
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Dec 20, 2017
                               Form ID: pdf903          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
```
db/jdb         +Gregory J. Miller,    Stacy G. Miller,    15 Merion Road,    Marlton, NJ 08053-1913
aty            +Jeffrey B Saper,    180 Tuckerton Road,    Suite 2,    Medford, NJ 08055-8802
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

```
            ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian E Caine    on behalf of Creditor    BANK OF AMERICA, N.A. bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              R. A. Lebron    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@feinsuch.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```