UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FRENKEL LAMBERT WEISS WEISMAN &
GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
Sean O'Brien, Esq.
Attorney for BANK OF AMERICA, N.A., Secured
Creditor

**Order Filed on October 23, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: **17-21984-JNP**

CHAPTER 13

Judge: Jerrold N. Poslusny, Jr.

In Re:

   **Gregory J. Miller dba Global Property Investors,
LLC and Stacy G. Miller aka Stacy G. Nielson aka
Stacy G. Hetherington dba Global Property
Investors, LLC**,

Debtor(s).

# ORDER VACATING STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 23, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: **Gregory J. Miller dba Global Property Investors, LLC and Stacy G. Miller aka Stacy G. Nielson aka Stacy G. Hetherington dba Global Property Investors, LL**
Case No.: **17-21984-JNP**
Caption of Order: **Order Vacating Stay**

Upon the motion of BANK OF AMERICA, N.A., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

  X   Real property more fully described as:

**359 North Walnut Street, Wahoo, NE 68066**

_____ Personal property more fully described as:

It is further **ORDERED** that the Movant may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, any Trustee and any other party who entered an appearance on the motion.