| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | U.S BANKRUPTCY COURT FILED CAMDEN, NJ 2019 FEB -5 P 3:06 |
|---|---|
| Caption in compliance with D.N.J. LBR 9004-2(c) Jeffrey B. Saper, Esq. 180 Tuckerton Road, Suite 2 Medford, New Jersey 08055 609 868 5336 | |
| In Re: Gregory J. and Stacy G. Miller, Debtors | Case No.: 17-21984 Chapter: 13 Judge: Poslusny |

**CHAPTER 13 DEBTORS' CERTIFICATION IN OPPOSITION TO**

**_x_ CREDITOR'S MOTION OR CERTIFICATION OF DEFAULT**

**___ TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT**

The Debtor in the above-captioned Chapter 13 proceeding hereby objects to the following **(choose one):**

1. _x_ Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, creditor.

A hearing has been scheduled for 2/13/2019, at 10:00 AM.

OR

1

___ Motion to Dismiss filed by Standing Chapter 13 Trustee.

A hearing has been scheduled for , at M.

___ Certification of Default filed by , creditor.

I am requesting a hearing be scheduled in this matter.

OR

___ Certification of Default filed by Standing Chapter 13 Trustee.

I am requesting a hearing be scheduled in this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

___ Payments have been made in the amount of $, but have not been accounted for. Documentation in support is attached hereto.

_x_ Payments have not been made for the following reasons and Debtor proposes repayment as follows **(explain your answer)**:

a) This is a first filing, first default case.
b) A Modified Plan, attached hereto, is being filed simultaneously with this Certification; the post-petition arrears ($8381) are included in same; the resulting Modified Plan will cure the post-petition arrears to be paid under the Modified Plan included creditor attorney's fees and costs; the post-petition arrears will be cured and paid, along with the remaining balance of the pre-petition arrears ($2474), under the Modified Plan; secured creditor has already been paid $12,918 in pre-petition arrears under the Plan.

___ Other **(explain your answer)**:

2

petition arrears under the Plan.

___ Other **(explain your answer)**:

*I certify under penalty of perjury that the foregoing is true and correct.*

DATE: 2/4/19      /s/Jeffrey B. Saper, Esq.,
                  Attorney for Debtor(s)

DATE: 1/29/19     /s/Gregory J. Miller, Debtor

DATE: 1/29/19     /s/Stacy G. Miller, Joint Debtor

3

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Jeffrey B. Saper, Esquire<br>180 Tuckerton Road, Suite 2<br>Medford, NJ 08055<br>609 868 5336<br>JB4775<br><br>In Re:<br><br>Gregory and Stacy Miller, Debtors | U.S BANKRUPTCY COURT<br>FILED<br>CAMDEN, NJ<br><br>2019 FEB -5  P 3: 00<br><br>JEANNE A. […]<br>BY: _____<br>     DEPUTY |
|---|---|
|  | Case No.: 17-21984 (JNP) |
|  | Chapter: 13 |
|  | Adv. No.: |
|  | Hearing Date: 2/13/19 |
|  | Judge: Poslusny |

## CERTIFICATION OF SERVICE

1. I, _____Jeffrey B. Saper, Esq._____ :

   ☒ represent _____Debtors_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____2/4/19_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Certification in Response to Motion to Lift Automatic Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 2/4/19                    /s/Jeffrey B. Saper, Esq.
                                Signature

Case 17-21984-JNP    Doc 73    Filed 02/05/19    Entered 02/08/19 15:44:33    Desc Main
Document    Page 5 of 5

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa, Esq.<br>Chapter 13 Trustee<br>535 Route 38<br>Cherry Hill, NJ n08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF/CM<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shapiro & DeNardo<br>14000 Commerce Pkwy., Suite B<br>Mt. Laurel, NJ 089054 | Secured Creditor and Moving Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FedEx<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |