Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−21984−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory J. Miller
dba Global Property Investors, LLC
15 Merion Road
Marlton, NJ 08053

Stacy G. Miller
aka Stacy G. Nielson, aka Stacy G.
Hetherington, dba Global Property
Investors, LLC
15 Merion Road
Marlton, NJ 08053

Social Security No.:
xxx−xx−5534

xxx−xx−4609

Employer's Tax I.D. No.:
46−0917346

46−0917346

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 19, 2018.

On February 5, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:            March 20, 2019
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 8, 2019
JAN:

Jeanne Naughton
Clerk

Case 17-21984-JNP    Doc 76    Filed 02/10/19    Entered 02/11/19 00:40:59    Desc Imaged
Certificate of Notice    Page 2 of 4

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                               Case No. 17-21984-JNP
Gregory J. Miller                                                    Chapter 13
Stacy G. Miller
          Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Feb 08, 2019
                               Form ID: 185                 Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2019.
db/jdb        +Gregory J. Miller,    Stacy G. Miller,    15 Merion Road,    Marlton, NJ 08053-1913
aty           +Jeffrey B Saper,    180 Tuckerton Road,    Suite 2,    Medford, NJ 08055-8802
cr            +BANK OF AMERICA, N.A.,    c/o Frenkel, Lambert, Weiss, Weisman & G,    80 Main Street, Suite 460,
               West Orange, NJ 07052-5414
517074703     +Apex Asset Management, LLC,    Virtua Health System WJ,    PO Box 5407,
               Lancaster, PA 17606-5407
516955051      BANK OF AMERICA, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
517079761      Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
516877390     ++CREDIT UNION OF NEW JERSEY,    1301 PARKWAY AVE,    EWING NJ 08628-3010
              (address filed with court: CUNJ,     7 Dunmore Ave.,    Ewing, NJ  08618)
517036811      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516953280     +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
               Tinton Falls, NJ 07724-3001
517466547      ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
517466548      ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408,    ECMC,   PO BOX 16408,
               St. Paul, MN 55116-0408
516978231     +Jennifer Martz,    119 Cambridge Avenue,    Marlton, NJ 08053-3014
516924701      Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,
               Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
516877389     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corp.,      4 Gatehall Dr., Ste. 350,
               Parsippany, NJ  07054)
516902200     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
517570342      United Student Aid Funds, Inc. (USAF),    PO Box 8961,    Madison WI 53708-8961
516877392     +Virtua Health System,    303 Lippincott Drive,    4th Floor,    Marlton, NJ 08053-4160
516978278     +Virtua Health System,    c/o Apex Asset Mgmt,    2501 Oregon Pike S. 102,
               Lancaster, PA 17601-4890
516894436     +WELLS FARGO BANK, N.A.,    Fein Such Kahn & Shepard, PC,    7 Century Drive,
               Parsippany, NJ 07054-4673
516877388     +Wells Fargo Bank,    c/o Fein Such et al,    7 Century Drive, Ste. 201,
               Parsippany, NJ 07054-4609
517013548      Wells Fargo Bank,    Default Document Processing,    N9286 01Y,    1000 Blue Gentian Road,
               Eagan MN 55121-7700
516912177     +Wells Fargo Bank, N.A.,    Attention: Payment Processing,    MAC# X2302-04C,    1 Home Campus,
               Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2019 00:40:44       U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2019 00:40:39       United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516877394     +E-mail/PDF: creditonebknotifications@resurgent.com Feb 09 2019 00:37:03       Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
516877391      E-mail/Text: cio.bncmail@irs.gov Feb 09 2019 00:39:53       IRS Special Procedure Unit,
               PO Box 7346,    Philadelphia, PA  19101-7346
516877395     +E-mail/Text: bncnotices@becket-lee.com Feb 09 2019 00:39:34       Kohls/Capital One,
               PO Boc 3115,    Milwaukee, WI 53201-3115
516993824      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 09 2019 00:37:04
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516877396     +E-mail/PDF: pa_dc_claims@navient.com Feb 09 2019 00:38:05       Navient,    PO Box 9500,
               Wilkes-Barre, PA 18773-9500
516877393     +E-mail/Text: electronicbkydocs@nelnet.net Feb 09 2019 00:40:46       Nelnet,
               3015 S. Parker Rd., Ste. 400,    Aurora, CO 80014-2904
516895953     +E-mail/Text: Bankruptcy@nslp.org Feb 09 2019 00:40:35       Nelnet on behalf of NSLP,
               National Student Loan Program,    PO Box 82507,    Lincoln NE 68501,    8 68501-2507
516879718     +E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2019 00:36:50       Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516999171      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 09 2019 00:38:10       Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
517002321     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 09 2019 00:37:06
               Verizon by American InfoSource,    4515 N. Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-1           User: admin              Page 2 of 2            Date Rcvd: Feb 08, 2019
                               Form ID: 185             Total Noticed: 34

516978273*      +IRS-Special Procedures Unit,   PO Box 744,   Springfield, NJ 07081
                                                                           TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2019 at the address(es) listed below:

        Brian C. Nicholas    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        Brian E Caine    on behalf of Creditor    BANK OF AMERICA, N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
        Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        R. A. Lebron    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@feinsuch.com
        Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 9