| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WNI 18-022320<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856)793-3080<br>Krystin M. Kane - 171402015<br>Kathleen M. Magoon - 040682010<br>Donna L. Skilton - 013072007<br>Charles G. Wohlrab - 016592012<br>Courtney A. Martin - 098782016<br>Elizabeth L. Wassall - 023211995<br>Jeffrey Rappaport - 003431991<br>Kristen D. Little - 017411997<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | Order Filed on February 22, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| IN RE:<br><br>GREGORY J MILLER D/B/A GLOBAL PROPERTY INVESTORS, LLC AND STACY G MILLER AKA STACY G. NIELSON AKA STACY G. HETHERINGTON DBA GLOBAL PROPERTY INVESTORS, LLC, DEBTORS | CASE NO.: 17-21984-JNP<br><br>HEARING DATE:<br><br>JUDGE: HONORABLE JERROLD N. POSLUSNY, JR. |

**CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: February 22, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Wells Fargo Bank, N.A., hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make post-petition payments on a mortgage obligation and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtors are currently delinquent in post-petition payments for the months of November 1, 2018 through February 1, 2019 in the amount of $7,772.40, less a suspense of $47.01, for a total amount of $7,725.39.

2. Debtor agrees to capitalize the post-petition delinquency outlined in Paragraph one (1), $7,725.39, to be paid through the remaining Chapter 13 Plan.

3. For the duration of the current Bankruptcy, starting March 1, 2019, Debtor also agrees to maintain all contractually due payments, which currently amount to $1,943.10.

4. Payments should be submitted to the Secured Creditor via Certified Check to the below address:

Wells Fargo home Mortgage
PO Box 14507
Des Moines, IA 50306

5. If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____    Date: 2-22-19
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____    Date: 2/20/19
Jeffrey B. Saper, Esquire, Esquire
Attorney for the Debtors