UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jeffrey B. Saper, Esquire
180 Tuckerton Road, Suite 2
Medford, New Jersey 08055
609-868-5336
Attorney for Debtors

Order Filed on January 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gregory J. and Stacy G. Miller, Debtors

Case No.: 17-21984

Chapter: 13

Judge: Poslusny

## ORDER AUTHORIZING RETENTION OF
## REALTOR FOR DEBTORS

The relief set forth on the following

**DATED: January 30, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain Wendy Kollasch, of the firm Berkshire Hathaway/Prudential Fox Roach Realtors, as Realtor for Debtors, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:  c/o Berkshire Hathaway/Prudential Fox Roach Realtors
   1025 Briggs Road, Suite 148
   Mount Laurel, New Jersey 08054

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.