UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case No.: ___17-21984___ |
| Gregory J. Miller and Stacy G. Miller | : | Adv. No.: _____ |
| | : | Judge: JNP |
| Debtor (s), | : | Chapter: ___13___ |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing:**   Motion to Reinstate Stay

**Location of Hearing:**   Courtroom No. 4C
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:**   __2/18/2020 at 10:00 am_____,
or as soon thereafter as counsel may be heard.

**Please note that the movant must timely serve a copy of the motion/application on all relevant parties, including the trustee, advising them of the hearing date and time listed above. The movant must also file a certificate of service with the court stating that all parties were served and advised of the hearing date and time. Also note that the movant must attend the hearing or the motion may be denied. If you have any questions, please contact Kathleen Ryan at 856-361-2358.**

DATED:    __1/29/2020_____           JEANNE NAUGHTON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____January 29, 2020_____ the foregoing notice was served on the following:

Debtor, Trustee




JEANNE A. NAUGHTON, Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                           Case No. 17-21984-JNP
Gregory J. Miller                                                Chapter 13
Stacy G. Miller
            Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Jan 29, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
db/jdb        +Gregory J. Miller,   Stacy G. Miller,   15 Merion Road,   Marlton, NJ 08053-1913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian E Caine    on behalf of Creditor    BANK OF AMERICA, N.A. bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              R. A. Lebron    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@feinsuch.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9