Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–21984–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory J. Miller
dba Global Property Investors, LLC
15 Merion Road
Marlton, NJ 08053

Stacy G. Miller
aka Stacy G. Nielson, aka Stacy G. Hetherington, dba Global Property Investors, LLC
15 Merion Road
Marlton, NJ 08053

Social Security No.:
  xxx–xx–5534

  xxx–xx–4609

Employer's Tax I.D. No.:
  46–0917346

  46–0917346

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:        April 17, 2020
Time:        10:00 AM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*101* – Objection to Trustee's Certification Of Default (related document:100 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 03/31/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Jeffrey B Saper on behalf of Gregory J. Miller, Stacy G. Miller. (kvr)

and transact such other business as may properly come before the meeting.


Dated: March 26, 2020
JAN: dmb

Jeanne Naughton
Clerk