| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Jeffrey B. Saper, Esquire<br>180 Tuckerton Road, Suite 2<br>Medford, New Jersey 08055<br>609-868-5336<br>Attorney for Debtors<br><br><br><br>In Re:<br>Gregory and Stacy Miller, Debtors | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>JUN 1 6 2020<br>U.S. BANKRUPTCY COURT<br>CAMDEN, N.J.<br>BY _____ DEPUTY<br><br><br>Case No.: 17-21984<br>Chapter: 13<br>Hearing Date: 6/23/20 (requested)<br>Judge: Poslusny |

## APPLICATION FOR ORDER SHORTENING TIME

The applicant _____ Jeffrey B. Saper, Esquire _____, on behalf of _____ Debtors _____ requests that the time period to/for _____ Motion to Approve Sale of Property _____ as required by _____ 28 days notice Rule _____ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
Sale of Debtors' residence, paying off Plan IN FULL, filed for hearing to be held on 6/23, less than 28 days prior. Settlement on sale scheduled for 6/29/20

2. State the hearing dates requested:
6/23/20- oral argument waived unless objection filed (none filed)

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 6/14/20

/s/Jeffrey B. Saper, Esquire
Signature

rev.8/1/15