UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on June 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gregory and Stacy Miller

| | |
|---|---|
| Case No.: | 17-21984 |
| Chapter: | 13 |
| Judge: | JNP |

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**
(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 17, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of  Jeffrey Saper, Esq   for a reduction of time for a hearing on  Motion to Sell  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  6/23/2020  at  11:00AM  in the United States Bankruptcy Court,  400 Cooper Street Camden, NJ 08101 , Courtroom No.  4C  .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 Overnight mail on all secured creditor's and all parties who have entered an appearance ; 
 regular mail to be done today for all other claimants. 

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Chapter 13 Trustee 

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.3/23/20*

United States Bankruptcy Court
District of New Jersey

In re:  
Gregory J. Miller  
Stacy G. Miller  
    Debtors

Case No. 17-21984-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 17, 2020  
                       Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2020.  
db/jdb      +Gregory J. Miller,   Stacy G. Miller,   15 Merion Road,   Marlton, NJ 08053-1913  
aty         +Jeffrey B Saper,   180 Tuckerton Road,   Suite 2,   Medford, NJ 08055-8802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:

        Brian C. Nicholas   on behalf of Creditor   Toyota Lease Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Brian E Caine   on behalf of Creditor   BANK OF AMERICA, N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
        Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Elizabeth L. Wassall   on behalf of Creditor   WELLS FARGO BANK, N.A. ewassall@logs.com, njbankruptcynotifications@logs.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        R. A. Lebron   on behalf of Creditor   WELLS FARGO BANK, N.A. bankruptcy@feinsuch.com  
        Sean M. O'Brien   on behalf of Creditor   BANK OF AMERICA, N.A. DMcDonough@flwlaw.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                  TOTAL: 9