UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 18-022320
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.

**Order Filed on June 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| IN RE: | CASE NO.: 17-21984-JNP |
|---|---|
| GREGORY J. MILLER D/B/A GLOBAL PROPERTY INVESTORS, LLC AND STACY G. MILLER A/K/A STACY G. NIELSON A/K/A STACY G. HETHERINGTON D/B/A GLOBAL PROPERTY INVESTORS, LLC, DEBTORS | JUDGE: HONORABLE JERROLD N. POSLUSNY, JR.  CHAPTER: 13 |

**CONSENT ORDER RESOLVING OBJECTION TO MOTION TO SELL REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 23, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Jeffrey B. Saper, attorney for the Debtors, upon the filing of a Notice of Motion to Sell Real Property located at 15 Merion Road, Marlton, NJ 08053, and Shapiro & DeNardo, LLC, Attorneys for Wells Fargo Bank, N.A., hereinafter "Secured Creditor," upon the filing of an Objection to Motion to Sell Real Property, and due notice of said Motion and Objection having been given by mail to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtor must sell the real property located at 15 Merion Road, Marlton, NJ 08053 within ninety (90) days of the entry of this Order.

2. Secured Creditor will provide to Debtor an updated payoff statement upon notice from the Debtor of a scheduled closing date.

3. The sale must fully payoff and satisfy Secured Creditor's claim secured to real property located at 15 Merion Road, Marlton, NJ 08053 (POC No.: 4-1). Debtor agrees to remit funds directly from the closing of this sale to Secured Creditor to fully satisfy Secured Creditor's lien. Any sale short of a full payoff is subject to Secured Creditor's final approval.

4. Secured Creditor shall be entitled to relief from the Automatic Stay by filing a Creditor's Certification of Default if any provision of this Order is not complied with.

5. Secured Creditor agrees this Order resolves the Objection to Motion to Sell filed on June 16, 2020; ECF Doc.: 106.

6. This Consent Order is hereby incorporated into and made a part of Debtor's Motion to Sell Real Property (ECF Doc. 105).

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

/s/Elizabeth L. Wassall                                  Date: 6-22-2020
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

_____                          Date: 6/22/20
Jeffrey B. Saper, Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Gregory J. Miller  
Stacy G. Miller  
    Debtors

Case No. 17-21984-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jun 23, 2020  
                          Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.  
db/jdb      +Gregory J. Miller,   Stacy G. Miller,   15 Merion Road,   Marlton, NJ 08053-1913  
aty         +Jeffrey B Saper,   180 Tuckerton Road,   Suite 2,   Medford, NJ 08055-8802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:  
      Brian C. Nicholas   on behalf of Creditor   Toyota Lease Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Brian E Caine   on behalf of Creditor   BANK OF AMERICA, N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
      Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Elizabeth L. Wassall   on behalf of Creditor   WELLS FARGO BANK, N.A. ewassall@logs.com, njbankruptcynotifications@logs.com  
      Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      R. A. Lebron   on behalf of Creditor   WELLS FARGO BANK, N.A. bankruptcy@feinsuch.com  
      Raymond Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
      Sean M. O'Brien   on behalf of Creditor   BANK OF AMERICA, N.A. DMcDonough@flwlaw.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
      TOTAL: 10