| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on July 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>Jeffrey B. Saper, Esquire<br>180 Tuckerton Road, Suite 2<br>Medford, New Jersey 08055 | |
| In Re: Gregory J. and Stacy G. Miller,<br>　　　　Debtors | Case No.: 17-21984<br><br>Adv. No.:<br><br>Hearing Date: 6/23/20<br><br>Judge: Poslusny |

Amended

**ORDER APPROVING SALE OF REAL PROPERTY**

　　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

　**DATED: July 6, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Jerrold N. Poslusny, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Page 2

Debtor: Gregory J. and Stacy G. Miller

Case No.: 17-21984(JNP)

Caption of Order:    Order Approving Sale of Real Property

Upon consideration of Movant's Motion for an Order Approving Sale of Real Property, and a Consent Order having been entered resolving Objection to said Motion filed by Secured Creditor Wells Fargo Bank, N.A., and the Court having reviewed the documents submitted by Debtors in Support of said Motion, and for good cause appearing, therefore, it is hereby ORDERED that:

1. Debtors' Motion to Approve Sale of Real Property is GRANTED; and

2. The Consent Order entered by the Court on June 23, 2020, Resolving Objection to Motion to Sell Real Property, is hereby included in this Motion, and the terms included in said Consent Order are incorporated herein by reference; and

3. The 14 day stay of this Order under Rule 6004(h) is waived; and

4. The amended documents requested by Raymond Sockley, Esquire, of the Office of the Chapter 13 Trustee in his Response (not Objection) to the Motion to Sell Real Property will be filed by Debtors in the time frame contained therein.

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                        Case No. 17-21984-JNP
Gregory J. Miller                                             Chapter 13
Stacy G. Miller
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Jul 06, 2020
                              Form ID: pdf903          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.
```
db/jdb         +Gregory J. Miller,    Stacy G. Miller,    15 Merion Road,    Marlton, NJ 08053-1913
aty            +Jeffrey B Saper,    180 Tuckerton Road,    Suite 2,    Medford, NJ 08055-8802
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

```
              ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                   Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2020 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian E Caine    on behalf of Creditor    BANK OF AMERICA, N.A. bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    WELLS FARGO BANK, N.A. ewassall@logs.com,
               njbankruptcynotifications@logs.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              R. A. Lebron    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@feinsuch.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10
```