Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–21984–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory J. Miller
dba Global Property Investors, LLC
15 Merion Road
Marlton, NJ 08053

Stacy G. Miller
aka Stacy G. Nielson, aka Stacy G. Hetherington, dba Global Property Investors, LLC
15 Merion Road
Marlton, NJ 08053

Social Security No.:
xxx–xx–5534

xxx–xx–4609

Employer's Tax I.D. No.:
46–0917346

46–0917346

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: February 5, 2021

Jerrold N. Poslusny Jr.
Judge, United States Bankruptcy Court