Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  17−21984−JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory J. Miller                                    Stacy G. Miller
   dba Global Property Investors, LLC          aka Stacy G. Nielson, aka Stacy G.
   15 Merion Road                               Hetherington, dba Global Property
   Marlton, NJ 08053                           Investors, LLC
                                                 15 Merion Road
                                                 Marlton, NJ 08053

Social Security No.:
   xxx−xx−5534                                       xxx−xx−4609

Employer's Tax I.D. No.:
   46−0917346                                        46−0917346

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

     All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☑   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☑   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the

Bankruptcy Code.

☐  An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: February 5, 2021
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Gregory J. Miller  
Stacy G. Miller  
    Debtors

Case No. 17-21984-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Feb 05, 2021     Form ID: cscnodsc     Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Gregory J. Miller, Stacy G. Miller, 15 Merion Road, Marlton, NJ 08053-1913 |
| aty | + | Jeffrey B Saper, 180 Tuckerton Road, Suite 2, Medford, NJ 08055-8802 |
| cr | + | BANK OF AMERICA, N.A., c/o Frenkel, Lambert, Weiss, Weisman & G, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| r | + | Wendy Kollasch, Berkshire Hathaway/Prudential Fox Roach, 1025 Briggs Road, Suite 148, Mount Laurel, NJ 08054-4103 |
| 517074703 | + | Apex Asset Management, LLC, Virtua Health System WJ, PO Box 5407, Lancaster, PA 17606-5407 |
| 516955051 | | BANK OF AMERICA, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 517079761 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 516877390 | ++ | CREDIT UNION OF NEW JERSEY, 1301 PARKWAY AVE, EWING NJ 08628-3010 address filed with court:, CUNJ, 7 Dunmore Ave., Ewing, NJ 08618 |
| 517036811 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516953280 | + | Credit Union of New Jersey, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 517466547 | | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 517466548 | | ECMC, PO BOX 16408, St. Paul, MN 55116-0408, ECMC, PO BOX 16408 St. Paul, MN 55116-0408 |
| 516978231 | + | Jennifer Martz, 119 Cambridge Avenue, Marlton, NJ 08053-3014 |
| 516924701 | | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 516877389 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corp., 4 Gatehall Dr., Ste. 350, Parsippany, NJ 07054 |
| 516902200 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516877392 | + | Virtua Health System, 303 Lippincott Drive, 4th Floor, Marlton, NJ 08053-4160 |
| 516978278 | + | Virtua Health System, c/o Apex Asset Mgmt, 2501 Oregon Pike S. 102, Lancaster, PA 17601-4890 |
| 516894436 | + | WELLS FARGO BANK, N.A., Fein Such Kahn & Shepard, PC, 7 Century Drive, Parsippany, NJ 07054-4673 |
| 517013548 | | Wells Fargo Bank, Default Document Processing, N9286 01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 516877388 | + | Wells Fargo Bank, c/o Fein Such et al, 7 Century Drive, Ste. 201, Parsippany, NJ 07054-4609 |
| 516912177 | + | Wells Fargo Bank, N.A., Attention: Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, IA 50328-0001 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 05 2021 22:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 05 2021 22:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516877394 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 05 2021 23:38:34 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516877391 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 05 2021 22:13:00 | IRS Special Procedure Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516877395 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 05 2021 22:12:00 | Kohls/Capital One, PO Boc 3115, Milwaukee, WI |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: cscnodsc | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 53201-3115 |
| 516993824 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2021 00:09:02 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516877396 | + | Email/PDF: pa_dc_claims@navient.com | Feb 05 2021 23:53:59 | Navient, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 516877393 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 05 2021 22:14:00 | Nelnet, 3015 S. Parker Rd., Ste. 400, Aurora, CO 80014-2904 |
| 516895953 | + | Email/Text: Bankruptcy@nslp.org | Feb 05 2021 22:14:00 | Nelnet on behalf of NSLP, National Student Loan Program, PO Box 82507, Lincoln NE 68501, 8 68501-2507 |
| 516879718 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 06 2021 00:07:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517570342 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 05 2021 22:11:00 | United Student Aid Funds, Inc. (USAF), PO Box 8961, Madison WI 53708-8961 |
| 516999171 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 06 2021 00:09:29 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 517002321 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 06 2021 00:09:36 | Verizon by American InfoSource, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516978273 | *+ | IRS-Special Procedures Unit, PO Box 744, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Brian E Caine | on behalf of Creditor BANK OF AMERICA  N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 05, 2021 | Form ID: cscnodsc | Total Noticed: 35 |

| | |
|---|---|
| | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| R. A. Lebron | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@fskslaw.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Sean M. O'Brien | on behalf of Creditor BANK OF AMERICA  N.A. DMcDonough@flwlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10